IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEARLINE WARRAN, MARY TUCKER, EMMA TUGGLE, STEPHEN TURPIN, EULA TYNER, DEBRA VANN, ELLA VICKERSTAFF, AND OTHER PLAINTIFFS IDENTIFED IN EXHIBIT "A" ATTACHED HERETO AND INCORPORATED FULLY HEREIN ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) ) | CIVIL ACTION NO.: 2:05CV533-N |
| vs. ) ) ) | |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, ) ) ) ) ) | |
| Defendant, ) | |

### EXHIBIT "A" TO COMPLAINT

Curtis Walker
Plurie Walker
Wesley and Annie Walker
Louise Wallace
Ozella Walters
Martha Walton
Rosie Ware
Linda Warmack
Annie Warren
Willie Warren
Annie Washington
Jackie Watford
Everie Watson
Ruthie Watts
Berta Waver
Barbara Webb
Walter Webb, Jr.
Robert Webster
Willie Whetstone

Dorothy White
Ida Whitlow
Katie and Lennon Whitlow
Viola Whitt
Rita Wiggins
Rosa Wiley
Ada Williams
Dorothea Williams
Ella Williams
Ernestine Williams
Margaret Williams
Sadie Williams
Shirley Williams
Stella Williams
Helen Wilson
Lezonial Wilson
Mary Wilson
Nannie Wilson
Margaret Wimberly
Hurtis Woodruff
Mary Woods
Paulette Woods
Rosalyn Woods
Matilda Woodyoud-Hamilton
Dorothy Wright
Kathy Wright
Rosemary Wright
Joyce Yarbrough
Jessie Yelder
Ethel Givhan Young
Malinda Young
Charlie Zeigler, Jr.
Oral Jackson
Mattie Davis
Anola Dumas
Gabe Rush
Rosie Scott
Ada Sellers