# EXHIBIT 2

```
                                                            FILED
                                                          FEB 11 2002

       IN THE UNITED STATES DISTRICT COURT            LARRY W. PROPES, CLERK
                                                         COLUMBIA, S.C.
        FOR THE DISTRICT OF SOUTH CAROLINA
               COLUMBIA DIVISION                         ENTERED
                                                         FEB 12 2002
```

MARTHA B. ROBINSON and )
ELIZABETH HINTON, on behalf of )
themselves and all other similarly situated, )
)
Plaintiffs, )
)
vs. ) CA No. 3:01-807-19
)
LIBERTY NATIONAL INSURANCE )
COMPANY, )
)
Defendant. )

## ORDER

This case is before the Court on Liberty National Insurance Company's ("Liberty National") Motion to Reconsider.

The extensive history of the procedural posture of this case is outlined in detail in several previous orders of this Court. In short, this case is substantially similar to another case already proceeding in the Northern District of Alabama. The Court finds that a substantial overlap of issues and facts exist in the two cases and that the transfer of the instant case to the Northern District of Alabama will best serve the convenience of the parties and witnesses.

The Court finds that most of the testimonial and documentary evidence exists in Alabama. As Liberty National represents, only a few plaintiffs will need to testify regarding the policies and procedures followed by Liberty National. Most of the discovery will focus on Liberty National's activities in Alabama or states other than South Carolina.

Liberty National has made assurances regarding accommodations it will extend to the named plaintiffs. Naturally, Liberty National shall be responsible to abide by their assurances.

The Court hereby ORDERS this the 11th day of February, 2002, at Columbia, South Carolina, that this case shall be TRANSFERRED to the Northern District of Alabama. This Order

AO 72A
(Rev. 8/82)

41

shall be STAYED for thirty-one days.

_____
DENNIS W. SHEDD
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)