# EXHIBIT 4

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome
JUN 18 2002
LUTHER D. TH...
By: Jackson

Ralph Morgan, Jr.,

    Plaintiff,

v.

Liberty National Life
Insurance Company,

    Defendant.

CIVIL ACTION FILE
NO. 4:02-CV-0083-HLM

CV-02-C-1498-S

### ORDER

This case is before the Court on Defendant's Motion to Transfer Case to Northern District of Alabama [3].

Defendant has moved to transfer this case to the Northern District of Alabama, where several related cases are pending. The Court **GRANTS** Defendant's Motion to Transfer Case to Northern District of Alabama [3], and **TRANSFERS** this case to the Northern District of Alabama.

IT IS SO ORDERED, this the 17th day of June, 2002.

_____
UNITED STATES DISTRICT JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS

JUN 18 2002

Luther D. Thomas, Clerk
By: Jackson
Deputy Clerk

1

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIE LEE ARNOLD,

    Plaintiff,

v.

LIBERTY NATIONAL LIFE
INSURANCE CO.,

    Defendant.

CIVIL ACTION

1:02-cv-991-MHS

## ORDER

The Court GRANTS defendant's unopposed motion to transfer [#3-1]; and DIRECTS the Clerk to transfer this matter to the Northern District of Alabama.

IT IS SO ORDERED, this 20 day of June, 2002.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

1