**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 18, 2005

# NOTICE OF REASSIGNMENT

Re:  Pearline Warren, et al. V. Liberty National Life Insurance Company
     Civil Action No. 2:05cv533-M

The above-styled case has been  reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv533-F. This new case number should be used on all future correspondence and pleadings in this action.