IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEARLINE WARREN, *et al.,* )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>LIBERTY NATIONAL LIFE INSURANCE )<br>COMPANY, )<br>)<br>   Defendant. ) | CASE NO. 2:05-cv-533-F |

## **ORDER**

This case is before the Court on Defendant Liberty National's Motion to Transfer (Doc. #4), filed June 28, 2005. The motion seeks transfer to the United States District Court for the Northern District of Alabama, where there is presently pending a nationwide class action involving the same issues as those alleged in this case. The Plaintiffs filed a Response (Doc. #7) on July 13, 2005, indicating that they consent to the transfer. Therefore, it is hereby

ORDERED that the Defendant's Motion to Transfer is GRANTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama.

The Clerk of the Court is DIRECTED to take appropriate steps to effect the transfer.

DONE this 19th day of July, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE